

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Susan Davis Van Dyke et al.,

\* From the 118th District Court
of Martin County,
Trial Court No. 6668.

Vs. No. 11-18-00050-CV

\* December 31, 2020

The Navigator Group et al.,

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
and Wright, S.C.J., sitting by
assignment)
(Willson, J., and Trotter, J.,
not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Appellants.